UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**ZENITH CAREX INTERNATIONAL LIMITED**,
10 Langtang Close, Foto House
Tafawa Balewa Close, Area 3 Garki,
Abuja, Nigeria,

      Plaintiff,

v.

**CHEMONICS INTERNATIONAL, INC.**,
d/b/a SAII Associates Ltd/Gte.
1275 New Jersey Avenue, SE
Washington, DC 20003

      Defendant

_____/

CASE NO.: _____

**JURY TRIAL DEMANDED**

**COMPLAINT**

# Exhibit 5

**ZENITH CAREX INTERNATIONAL LTD**
RC: 465705

1st February, 2022

The Executive Chairman,
Economics and Financial Crime Commission (EFCC),
Plot 301/302 Institution & Research,
Cadastral District,
Jabi,
Abuja.

Dear Sir,

Attn: PFS DEPARTMENT

<u>PETITION AGAINST CHEMONICS INTERNATIONAL INC ON THE CASE OF BLACKMAIL, CRIMINAL INTIMIDATION AND ABUSE OF CREDIT LINE/TRADE SUPPORT FRAMEWORK (ADJUSTED)</u>

*[Stamp: OFFICE OF THE EXECUTIVE CHAIRMAN, EFCC, 01 FEB 2022, RECEIVED]*

The above subject matter refers.

We most humbly write, sequel to our earlier petition and complaint to the Honourable Minister of Health, against Chemonics International Inc.'s obvious acts of blackmail, criminal intimidation, and abuse of our credit line/trade support framework. (Please find attached our previous petition/complaint copied to the Honourable Minister of Health).

Zenith Carex is a wholly indigenous and reputable National Courier and Logistics Company with branches in over seventy (70) locations across the thirty-six (36) States of Nigeria and the Federal Capital Territory, Abuja. We have achieved a sound record and reputation in service delivery across the United Nation (UN) Agencies, Embassies, other international organizations, and National institutions, as a reliable, dependable and competent courier and logistics company.

Chemonics International Inc. engaged us for over three years now, to manage a very complex and complicated long haul and last mile distribution of cold chain commodities; as well as Long Lasting Insecticidal Nets (LLINs), which we executed with the highest level of efficiency, honour, integrity and professionalism. Our established track record of excellent performance with Chemonics International Inc. has been evidenced by documented references, and recommendations to other Clients from the same Chemonics International Inc as hereby attached.

We most categorically state, that we are embarrassed, pained and humiliated by Chemonics International Inc.'s recent actions. Chemonics International Inc. has all of a sudden, turned around to complain of an unfounded allegation of overcharge for deliveries of commodities by us in total disregard of a contract relationship that has lasted over three years now. It is also worrisome that a company (Zenith Carex) without any evidence of allegation of stealing a dime worth of commodities out of multiples of million dollars' worth of commodities distributed across 774 local

**Exhibit 5**
Zenith Carex In'l. Ltd v. Chemonics Int'l. Inc.

government areas over the past three years, could be accused of overcharge in distribution cost. If Zenith Carex could not steal a dime worth of commodities while in her full custody, over charging for distribution cost that would go through various stages of management approvals and controls within Chemonics International Inc. before payment does not make any common sense. It is worthy of note that Chemonics International Inc. has also blatantly refused to settle its outstanding indebtedness to us, but has instead resorted to the use of third parties to criminally intimidate and blackmail our Company, and cause organizational confusion. We are also at a loss, as to why they have engaged third parties to intimidate us with misinformation and all sorts of unreasonable demands.

We were made to understand that a case of fraud and misappropriation was made out against Chemonics International Inc. by its funding partners abroad and in Nigeria. Chemonics International Inc. has turned around to use our Company as the proverbial "scape goat" in an attempt to evade its liability, cover its bad record, which has rubbed off on the transparency rating/record against Nigeria.

We therefore request you to use your good office, system and structure as a Nigerian institution to intervene and help stop the ongoing campaign of calumny, blackmail, Criminal intimidation, and harassment launched by Chemonics International Inc., and to assist us implore them to settle their liability to us for services we funded and successful executed at our own cost in ensuring that the distribution contract was timely and satisfactorily executed. Below are the activities executed and invoices submitted to Chemonics International Inc. since 2019 and 2020.

1. May 2019 Waste Drive Retrieval — N33,814,000
2. May 2019 Supplementary Waste Drive Retrieval — N45,828,100
3. Direct delivery to NIMR & UCH — N379,500
4. September 2019 LLIN LMD — N10,206,600
5. November 2019 LLIN LMD — N4,330,800
6. November 2019 Cold Chain Long haul — N5,125,935
7. January 2020 Cold Chain Long Haul — N9,300,000
8. January 2020 LLIN LMD — N7,276,700
9. January 2020 Cold Chain LMD — N18,412,200
10. Frozen Delivery to Uyo — N178,700
11. March 2020 Cold Chain Long Haul — N1,250,000

Total **N136,102,535**

**Exhibit 5**
**Zenith Carex In'l. Ltd v. Chemonics Int'l. Inc.**

This letter is also aimed at drawing the attention of Nigerian Government to forestall the victimization of Nigerian companies by Chemonics International Inc. and its likes.

On our honour, we state that no fraud, crime, criminality, falsification was committed by our company either against Chemonics International Inc. and/or any other company or person in relation to this transaction. We conducted our business with the highest level of ethical, moral and patriotic standard.

Chemonics International Inc. Nigeria office is located at Floor 01, 23 Ibrahim Tahir Lane, Cadastral Zone BO5, Utako Abuja.

Please, accept the assurances of our highest regards.

Sincerely yours,

*[signature]*

**Olamilekan Adelana**
**Managing Director**

Cc:

1. The Honorable Minister of Health
2. The Chairman EFCC
3. The Honorable Minister of Trade & Investment
4. The Honorable Minister of Foreign Affairs
5. Mark R. Giambrone PEPFAR
6. Margaret Shelleng PEPFAR
7. Erasmus MORAH UNAIDS
8. Richard Amenyah UNAIDS
9. Walter Kazadi Mulumbo WHO
10. Rex Gadama Mpazanje WHO

**Exhibit 5**
**Zenith Carex In'l. Ltd v. Chemonics Int'l. Inc.**