UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**ZENITH CAREX INTERNATIONAL LIMITED**,
10 Langtang Close, Foto House
Tafawa Balewa Close, Area 3 Garki,
Abuja, Nigeria,

    Plaintiff,

v.

**CHEMONICS INTERNATIONAL, INC.**,
d/b/a SAII Associates Ltd/Gte.
1275 New Jersey Avenue, SE
Washington, DC 20003

    Defendant
_____/

CASE NO.: _____

**JURY TRIAL DEMANDED**

**COMPLAINT**

# Exhibit 7

AMERICAN ARBITRATION ASSOCIATION

INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION

Case No. 01-21-0002-6422

In the Matter of an Arbitration

-between-

Chemonics International, Inc. and
SAII Associates LTD/GTE,

(Claimants)

-and-

Zenith Carex International, Ltd.

(Respondent)

---

## ORDER OF DISMISSAL

---

April 5, 2022

Alden Atkins, Esq., President
Arif Ali, Esq., Arbitrator
Nigel Blackaby QC, Arbitrator

**Exhibit 7**
**Zenith Carex In'l. Ltd v. Chemonics Int'l. Inc.**

1. Upon consideration of the parties' Joint Motion to Close This Arbitration and Dismiss All Legal Claims, dated April 4, 2022, the motion is hereby GRANTED. This Arbitration, and all legal claims, counterclaims and requests for relief and damages asserted herein, are hereby DISMISSED.

2. By agreement of the parties, each party is to bear its own costs and attorneys' fees in connection with this arbitration.

3. Pursuant to Rule 56(a) of the American Arbitration Association ("AAA") Commercial Arbitration Rules, the AAA is directed to render an accounting to the parties of the advance deposits and to return any unexpended balance, after payment of fees of the AAA and the arbitrators, to the parties.

Signed on April 5, 2022

On behalf of the Arbitral Tribunal

_____
Alden L. Atkins, Esq.
President

AMERICAN ARBITRATION ASSOCIATION

WASHINGTON, D.C. REGIONAL OFFICE

In the Matter of the Arbitration Between:

CHEMONICS INTERNATIONAL, INC. and
SAII ASSOCIATES LTD/GTE,

Claimants,

and

ZENITH CAREX INTERNATIONAL, LTD,

Respondent.

AAA Case No. 01-21-0002-6422

## JOINT MOTION TO CLOSE THIS ARBITRATION AND DISMISS ALL LEGAL CLAIMS

1. Pursuant to their undersigned counsel, the parties jointly move to close this arbitration with the parties voluntarily dismissing all legal claims, counterclaims, and requests for relief and damages asserted herein.

2. The parties have entered into a Confidential Settlement Deed and Release to fully resolve all disputes between the parties relating to the subject matter of this arbitration, including but not limited to resolving all disputes arising out of or relating to the Indefinite Delivery/Indefinite Quantity Subcontract Agreement, No. 0001B-17-TLP-NGA, and all amendments thereto and relationships between the parties.

3. The parties agree to bear their own costs and attorneys' fees in connection with this arbitration.

1

**Exhibit 7**
**Zenith Carex In'l. Ltd v. Chemonics Int'l. Inc.**

4. Pursuant to Rule 56(a) of the American Arbitration Association's ("AAA") Commercial Arbitration Rules and Mediation Procedures, amended and effective October 1, 2013, the parties respectfully request that, prior to closing this arbitration, the AAA render an accounting to the parties and return any unexpended balance of deposits and payments made by the parties.

DATED: April 4, 2022

Respectfully submitted,

/s/ Brett Covington
Brett S. Covington, Esq.
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
Email: bcovington@hollingsworthllp.com

Attorney for Claimants,
Chemonics International, Inc. and
SAII Associates LTD/GTE

/s/ Ayodeji Akande
Ayodeji Akande, Esq.
DEJI AKANDE & Co.
Suite 43c Anon Plaza
Gudu, FCT – Abuja, Nigeria
Telephone: (803)786-5514
E-mail: dejiakande65@gmail.com

Attorney for Respondent,
Zenith Carex International, Ltd.

2

**Exhibit 7**
**Zenith Carex In'l. Ltd v. Chemonics Int'l. Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2022, the foregoing was sent by e-mail to the attorneys representing the parties in this arbitration as well as to the Honorable Tribunal. The Joint Motion was also electronically filed through the AAA WebFile system, thereby effecting service on all parties and the Honorable Tribunal.

This 4th day of April 2022.

/s/ Brett S. Covington
Brett S. Covington, Esq.
HOLLINGSWORTH LLP

Attorney for Claimants,
Chemonics International, Inc. and
SAII Associates LTD/GTE

**Exhibit 7**
**Zenith Carex In'l. Ltd v. Chemonics Int'l. Inc.**